UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00232-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GUSTAVO GARCIA,

    Defendant.

___

**ORDER RESETTING SENTENCING**
___

**THIS MATTER** comes before the Court *sua sponte*. Due to calendar conflicts, the sentencing set in this case for **Monday, November 26, 2007** at 10:45 a.m. is **RESET** to **3:00 p.m.** on the same date.

Dated this 21st day of November, 2007

        **BY THE COURT:**

        *Marcia S. Krieger*
        ___

        Marcia S. Krieger
        United States District Judge